**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**ARTISTIC ROCK SDN, BHD a Malaysian**
**corporation,**

            **Plaintiff,**

-vs-                                                                 Case No.  2:11-cv-137-FtM-DNF

**JAMES DIGIORGIO a Florida resident,**
**DIGIORGIO METAL DESIGN, LLC  a**
**Florida limited liability company,**

            **Defendants.**

_____

## ORDER[1]

On March 6, 2012, this Court entered an Order and Order to Show Cause (Doc. 64) allowing counsel for the Plaintiffs, Artistic Rock SND, BHD to withdraw as counsel of record.  The Court explained that pursuant to Local Rule 2.30(3), "[a] corporation may and be heard only through counsel admitted to practice in the Court pursuant to Rule 2.01 or Rule 2.02." M.D. Fla. L.R. 2.03(e). Therefore, the Court required counsel for the Plaintiff to retain counsel within twenty-one (21) days from the date of the Order. The Court also noted that the Plaintiff had failed to file a motion for default judgment against the Defendants, James DiGiorgio and DiGiorgio Metal Design, LLC.  The Court cautioned the Plaintiff that it appeared that the Plaintiff was failing to prosecute this action.  The Court cited to Local Rule 3.10 which provides that "[w]henever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to

---

[1] The parties consented to proceed before a United States Magistrate Judge for all proceedings. (See, Doc. 42) filed on June 13, 2011.

-1-

show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution." M.D. Fla. L.R. 3.10. The Plaintiff failed to retain counsel and failed to respond to the Order (Doc. 64). Therefore, the Court determines that the Plaintiff is failing to prosecute this case, and the Court will dismiss this case for failure to prosecute.

**IT IS HEREBY ORDERED:**

This action is **DISMISSED** for failure to prosecute. The Clerk is directed to enter judgment, terminate all motions and pending deadlines, and close this case.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this __2nd__ day of April, 2012.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record